CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 1/25/12

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: SunTrust Mortgage Inc. v. Security First Bank | CASE NO: 311CV704 <br> JUDGE: Spencer <br> COURT REPORTER: Kuee |

MATTER COMES ON FOR: BENCH TRIAL ( )   MOTION HEARING (✓)   OTHER: _____

APPEARANCES: Parties by (✓)/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

Dft's Motion to Dismiss
Arguments heard.
Dfts Motion to Dismiss - DENIED.

Counsel for Plaintiff(s): Robert Perrow, Steven Gould, Edward Noonan

Counsel for Defendant(s): Kevin Funk, Buckley Warden

SET: 9:00   BEGAN: 9:06   ENDED: 10:15   TIME IN COURT: 1:09

RECESSES:

(1/25) 12

Suntrust mortgage, inc.          3:11cv704
                                 Spencer
Security First Bank              USDJ
             v.

Dft's Motion to Dismiss
Magistrate Judge
Pl's Motion to Dismiss - DENIED.

Robert Tavenner          Stephen David
Elliot J. McGuire
Kevin Funk
Durrette Crumpton
p.c.

4:00                16:10           4:15